1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                     SOUTHERN DIVISION

| | |
|---|---|
| 11  MOHAMMAD HEDAYATI, et al., | No. SA CV 17-1411-DOC (DFM) |
| 12           Plaintiff, | |
| 13           v. | Order Accepting Findings and Recommendations of United States Magistrate Judge |
| 14  THE PERRY LAW FIRM, APLC, et al., | |
| 15 | |
| 16           Defendants. | |

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
19 Complaint (Dkt. 22, "FAC") filed by Plaintiff Mohammad Hedayati
20 ("Plaintiff"), the Motion to Dismiss the FAC (Dkt. 24, "Motion to Dismiss"),
21 the Opposition and Reply briefs relating thereto, and the Findings and
22 Recommendations of the assigned United States Magistrate Judge. No party
23 has filed any written objections, and the deadline for filing objections has
24 passed. The Court accepts the findings and recommendations of the Magistrate
25 Judge.
26 ///
27 ///
28

1       IT IS THEREFORE ORDERED that: (1) the Findings and

2  Recommendations (Dkt. 36) is approved an accepted; and (2) Defendant's

3  Motion to Dismiss (Dkt. 24) is GRANTED IN PART without leave to amend

4  with respect to Plaintiff's RFDCPA claims and otherwise DENIED.

5

6  Dated: June 25, 2018

7  _____

8  DAVID O. CARTER
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28